UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FORD GLOBAL TECHNOLOGIES, LLC,

    Plaintiff,

v.

NEW WORLD INTERNATIONAL INC.,
AUTO LIGHTHOUSE PLUS LLC, and
UNITED COMMERCE CENTERS, INC.,

    Defendants.

Case No.  2:15-cv-10394
Honorable Laurie J. Michelson

**OPINION AND ORDER
DENYING DEFENDANTS' SECOND MOTION FOR RECONSIDERATION [69]**

In a lengthy opinion and order, this Court concluded that it could, consistent with due process, exercise personal jurisdiction over all claims against all Defendants in this action. *See generally Ford Global Techs., LLC v. New World Int'l Inc.*, No. 2:15-CV-10394, 2016 WL 3349041 (E.D. Mich. June 16, 2016). Defendants asked this Court to reconsider that conclusion and so this Court issued another opinion further explaining the basis for its jurisdictional ruling. *Ford Global Techs., LLC v. New World Int'l Inc.*, No. 2:15-CV-10394, 2016 WL 3902945 (E.D. Mich. July 19, 2016).

Defendants now ask the Court to reconsider *that* order. (R. 69.) But Defendants cite no legal authority permitting a second motion for reconsideration. And there is case law to the contrary. *See Mann v. Agnello*, No. 07-CV-12857, 2008 WL 2094664, at *1 (E.D. Mich. May 16, 2008) ("[T]he court rules do not provide for successive motions for reconsideration."); *Serv. Source, Inc. v. Office Depot, Inc.*, No. 02-CV-73361-DT, 2005 WL 6764333, at *1 (E.D. Mich. Nov. 28, 2005) ("E.D. Mich. LR 7.1(g) [now 7.1(h)] does not provide for successive motions for

reconsideration."); *cf. Scott v. Stone*, No. 03-CV-75123, 2006 WL 1046975, at *1 (E.D. Mich. Apr. 17, 2006) ("The Federal Rules of Civil Procedure do not authorize successive motions for reconsideration or successive motions to alter or amend judgment."). The Court has already thoroughly considered the merits underlying Defendants' jurisdiction motion. At some point, there must be an end to this process.

Defendants' motion to reconsider this Court's order denying its motion for reconsideration is thus DENIED.

SO ORDERED.

                                         s/Laurie J. Michelson
                                         LAURIE J. MICHELSON
                                         UNITED STATES DISTRICT JUDGE

Dated: August 2, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 2, 2016.

                                         s/Jane Johnson
                                         Case Manager to
                                         Honorable Laurie J. Michelson