IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FORD GLOBAL TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 17-CV-03201-N |
| NEW WORLD INTERNATIONAL, INC., *et al.*, | § § § § | |
| Defendants. | § § | |

# ORDER

This Order addresses Plaintiff Ford Global Technologies, LLC's motion for summary judgment regarding functionality and patent exhaustion [99].  For the reasons set forth in *Automotive Body Parts Association v. Ford Global Technologies, LLC*, No. 2:15-CV-10137, 2018 WL 949869, at *4–12 (E.D. Mich. Feb. 20, 2018), the Court grants the motion.  In light of this ruling, the Court denies as moot Defendants New World International, Inc.; Auto Lighthouse Plus, LLC; and United Commerce Centers, Inc.'s motion for leave to refile motion for partial summary judgment on the issues of functionality and patent exhaustion [168].

Signed March 12, 2018.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE