IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FORD GLOBAL TECHNOLOGIES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:17-CV-3201-N |
| | § | |
| NEW WORLD INT'L, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## VERDICT OF THE JURY

We, the jury, have answered the above questions as indicated, and now return those questions and answers to the Court as our verdict.

SIGNED this __16__ day of November, 2018.

_____
PRESIDING JUROR