3:17CV3201
Ford Global v. New World
Jury Notes



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 19 2018
CLERK, U.S. DISTRICT COURT
By _____ Deputy

on Patent No. D.582,065 we consider that New World didn't willfuly infringe because the patent is inconsistent with the actual product. Can you please clarify how we should proceed to answer question #3?

Briana Ellis 11/16/18

If your answer to Question 1.K is "no," then you need to include the D'065 ~~patent~~ patent in your calculation of damages in Question No. 3. Your answer to Question 2.K does not affect the calculation of damages

D.C Godbey

Can we meet with you for some clarification?

Brian Ellis
11/16/18

We are required to communicate in writing.

D. K Godbey

Can we get the Head lamps for the mustang and Ford-150?

Brian Ellis 11/16/18

We are getting them for you.
It will take a few minutes.

D. Godbey