UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FORD GLOBAL TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEW WORLD INTERNATIONAL, INC.,<br>AUTO LIGHTHOUSE PLUS, LLC and<br>UNITED COMMERCE CENTERS, INC.,<br><br>    Defendants. | Case No. 3:17-cv-03201-N |

## JUDGMENT

This action came before the Court for trial before a duly impaneled and sworn jury, and the Court presided over the jury trial from November 13-16, 2018. On November 16, 2018, the jury returned a verdict. The verdict was accepted by the Court and filed by the Clerk (DNs 345 and 346).  Upon consideration of the Plaintiff's Motion for Entry of Judgment and Agreed Briefing Schedule and the verdict handed down by the Jury on November 16, 2018, it is hereby,

ORDERED, that judgment be entered in favor of the Plaintiff Ford Global Technologies, LLC (hereinafter "Ford") and against Defendant New World International, Inc. (hereinafter "New World") on Counts I-XIII of the Second Amended Complaint for infringement of U.S. Patent No. D493,552 titled "Vehicle Headlamp;" U.S. Patent No. D496,890 titled "Vehicle Grill;" U.S. Patent No. D493,753 "Exterior of Vehicle Hood;" U.S. Patent No. D496,615 titled "Vehicle Side View Mirror;" U.S. Patent No. D498,444 titled "Front Bumper Fascia;" U.S. Patent No. D501,162 titled "Front Bumper Fascia;" U.S. Patent No. D510,551 titled "Hood;" U.S. Patent No. D508,223 titled

"Fender;" U.S. Patent No. D500,717 titled "Sideview Mirror;" U.S. Patent No. D539,448 titled "Vehicle Taillamp;" U.S. Patent No. D582,065 titled "Headlamp;" U.S. Patent No. D582,969 titled "Rear Bumper Fascia;" and U.S. Patent No. D582,970 titled "Rear Bumper Fascia," in the amount of $493,057.00, and it is further,

ORDERED, that subject to New World's right to challenge whether prejudgment interest is appropriate in this case and subject to New World's other post-trial motions, prejudgment interest in the agreed amount of $75,000.00 is awarded to Ford against New World, and it is further

ORDERED that judgment is entered in favor of Ford and against New World in the total amount of $568,057.00.

SIGNED March 4, 2019.

_____
David C. Godbey
United States District Judge

Agreed as to FORM ONLY:

| /s/ Stephanie Barnes | /s/ Robert Oake, Jr. |
|---|---|
| Clyde M. Siebman | Robert Oake, Jr. |
| (Texas State Bar No. 18341600) | OAKE LAW OFFICE |
| Stephanie R. Barnes | 700 S. Central Expressway, Suite 400 |
| (Texas State Bar No. 24045696) | Allen, TX 75013 |
| SIEBMAN, FORREST, BURG & SMITH, LLP | Tel: (214) 207-9066/Fax: (214) 383-0865 |
| 4949 Hedgcoxe Road, Suite 230 | rgo@oake.com |
| Plano, TX 75024 | |
| Telephone: (214) 387-9100 | Robert Maris |
| Fax: (214) 387-9125 | 3710 Rawlins Street, Suite 1550 |
| clydesiebman@siebman.com | Dallas, TX 75219 |
| stephaniebarnes@siebman.com | Tel: (214) 706-0920 |
| | RMaris@gpm-law.com |
| Marc Lorelli (P63156MI – Pro Hac Vice) | George Tompkins |
| Frank A. Angileri (P45611MI - Pro Hac Vice) | TOMPKINS, P.C. |
| BROOKS KUSHMAN P.C. | 202 W. Main Street |

2

| | |
|---|---|
| 1000 Town Center, 22nd Floor<br>Southfield, MI  48075<br>Telephone: (248) 358-4400<br>Fax: (248) 358-3351<br>fangileri@brookskushman.com<br>mlorelli@brookskushman.com<br><br>Elvin E Smith, III<br>Law Offices of Elvin E Smith III PLLC<br>7914 Bryn Mawr<br>Dallas, TX 75225<br>Telephone: (214) 238-3345<br>Email: esmith@eeslaw.com<br><br>*Attorneys for Plaintiff* | Suite 200, #12<br>Allen, TX 75013<br>(214) 843-1654/(469) 375-3969 Fax<br>george@tomkinsiplaw.com<br><br>*Attorneys for Defendants* |