IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FORD GLOBAL TECHNOLOGIES, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> NEW WORLD INTERNATIONAL, INC., § <br> *et al.*, § <br> § <br> Defendants. § | Civil Action No. 3:17-CV-3201-N |

## FINAL JUDGMENT

By separate Order of this same date, the Court granted and denied in part Ford Global Technologies, LLC's ("Ford") motions for attorneys' fees and costs and for injunctive relief, and denied Defendants, New World International, Inc., Auto Lighthouse Plus, LLC, and United Commerce Centers, Inc.'s motions for judgment as a matter of law and for new trial.

It is ordered that Ford have judgment against Defendants, jointly and severally, for (1) $493,057.00; (2) $75,000.00 in stipulated prejudgment interest; (3) $41,721.60 in additional recovery; (4) $2,108,672.50 for Ford's reasonable attorneys' fees; and (5) postjudgment interest at the rate of 2.41%, compounded annually from the date of this final judgment until paid.

The Court also enjoins New World International, Inc. and any subsidiaries, parent corporations, and affiliates, together with their officers, agents, and employees, and all those acting in active concert with them who have knowledge of this judgment, from continuing to infringe the following Ford design patents for the remaining life of each patent: (1)

ORDER – PAGE 1

D510,551 (Mustang Hood); (2) D508,223 (Mustang Fender); (3) D582,065 (Mustang Headlamp); and (4) D539,448 (Mustang Taillamp).

Court costs are taxed against Defendants. All relief not expressly granted is denied. This is a final judgment.

Signed April 9, 2019.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2