UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FORD GLOBAL TECHNOLOGIES, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No.: 3:17-cv-03201-N |
| NEW WORLD INTERNATIONAL, INC., | § | |
| AUTO LIGHTHOUSE PLUS, LLC and | § | |
| UNITED COMMERCE CENTERS, INC., | § | |
| Defendants. | § | |

SECOND AMENDED NOTICE OF APPEAL

1.      Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Defendants New World International, Inc., Auto Lighthouse Plus, LLC, and United Commerce Centers, Inc., file this Second Amended Notice of Appeal.

2.      The parties taking the appeal are Defendants New World International, Inc., Auto Lighthouse Plus, LLC, and United Commerce Centers, Inc.

3.      The Judgments and Orders being appealed are the Final Judgment [Doc. 384] signed and entered April 9, 2019, Order denying New World International, Inc., Auto Lighthouse Plus, LLC, and United Commerce Centers, Inc.'s motion to alter or amend final judgment [407] signed and entered June 28, 2019, Order awarding Ford Global Technologies, LLC (FGTL) attorneys' fees, costs, additional lost profits, pre and post judgment interest, and injunctive relief, and denying Defendants New World International, Inc., Auto Lighthouse Plus, LLC, and United Commerce Centers, Inc. motions for judgment as a matter of law and for new trial [Doc. 383] signed and entered April 9, 2019; and additional taxation of costs on May 7, 2019 [Doc. 393].

4.      Defendants New World International, Inc., Auto Lighthouse Plus, LLC, and United Commerce Centers, Inc. also give notice of intent to appeal all non-final judgments, orders, and

rulings which produced or are related to the Judgments and Orders specifically referred to in

paragraph 3 above, including, but not limited to Judgment [Doc. 374] signed and entered March

4, 2019, the order on Plaintiff Ford Global Technologies LLC's motion for partial summary

judgment [Doc. 320] signed and entered November 5, 2018, the order on Plaintiff Ford Global

Technologies LLC's motion for summary judgment regarding functionality and patent

exhaustion [Doc. 202] signed and entered March 12, 2018, and the order addressing the parties

claim construction briefing [Doc. 165] signed and entered December 12, 2017.

5.      This appeal is taken to the United States Court of Appeals for the Federal Circuit.

Date: July 26, 2019

Respectfully submitted,

/s/ Robert G. Oake, Jr.
Robert G. Oake, Jr.
OAKE LAW OFFICE
700 S. Central Expy., Suite 400
Allen, TX 75013
(214) 207-9066
Fax: (469) 519-5454
Email:  rgo@oake.com

Robert Maris
3710 Rawlins Street, Suite 1550
Dallas, TX 75219
(214) 706-0920
Email: RMaris@gpm-law.com

George Tompkins
TOMPKINS, P.C.
202 W. Main Street, Suite 200, #12
Allen, TX 75013
(214) 843-1654
(469) 375-3969 Fax
Email: george@tomkinsiplaw.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

On July 26, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

/s/ Robert G. Oake, Jr.
Robert G. Oake, Jr.
Attorney for Plaintiffs
