NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**FORD GLOBAL TECHNOLOGIES, LLC,**
*Plaintiff - Appellee*

v.

**NEW WORLD INTERNATIONAL, INC., AUTO LIGHTHOUSE PLUS, LLC, UNITED COMMERCE CENTERS, INC.,**
*Defendants - Appellants*

_____

2019-1747

_____

Appeal from the United States District Court for the Northern District of Texas in No. 3:17-cv-03201-N United States District Judge David C. Godbey

-------------------------------------------------------------------------------------

**FORD GLOBAL TECHNOLOGIES, LLC,**
*Plaintiff - Appellee*

v.

**NEW WORLD INTERNATIONAL, INC., AUTO LIGHTHOUSE PLUS, LLC, UNITED COMMERCE CENTERS, INC.,**
*Defendants - Appellants*

_____

2019-1746

Case: 19-1746   Document: 17   Page: 2   Filed: 07/29/2019
Case 3:17-cv-03201-N   Document 412   Filed 07/29/19   Page 2 of 3   PageID 25831

2　Ford Global Technologies, LLC v. New World International, Inc.

Appeal from the United States District Court for the Northern District of Texas in No. 3:17-cv-03201-N United States District Judge David C. Godbey

# O R D E R

Appellee Ford Global Technologies, LLC moves unopposed to voluntarily dismiss its cross-appeal, Appeal No. 2019-1747. Additionally, the order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Northern District of Texas, Dallas, it is hereby,

Ordered That:

(1) The motion is granted. Appeal No. 2019-1747 is DISMISSED under Fed. R. App. P. 42(b).

(2) Each party shall bear its own costs in 2019-1747.

(3) The revised official caption for 2019-1746 is reflected above.

(4) Appeal No. 2019-1746 be, and the same hereby is, REACTIVATED effective July 29, 2019.

(5) The Appellants' brief is due on August 28, 2019 in 2019-1746.

FOR THE COURT

July 29, 2019

Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE (as to 2019-1747 only):** July 29, 2019