NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**FORD GLOBAL TECHNOLOGIES, LLC,**
*Plaintiff-Appellee*

v.

**NEW WORLD INTERNATIONAL, INC., AUTO LIGHTHOUSE PLUS, LLC, UNITED COMMERCE CENTERS, INC.,**
*Defendants-Appellants*

2019-1746

Appeal from the United States District Court for the Northern District of Texas in No. 3:17-cv-03201-N, United States District Judge David C. Godbey.

**ON PETITION FOR REHEARING EN BANC**

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

**O R D E R**

2      FORD GLOBAL TECHNOLOGIES, LLC v. NEW WORLD INTERNATIONAL, INC.

    Appellants Auto Lighthouse Plus, LLC, New World International, Inc., and United Commerce Centers, Inc. filed a petition for rehearing en banc. The petition was first referred as a petition for panel rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

    Upon consideration thereof,

    IT IS ORDERED THAT:

    The petition for panel rehearing is denied.

    The petition for rehearing en banc is denied.

    The mandate of the court will issue on September 11, 2020.

FOR THE COURT

September 4, 2020      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court