# United States Court of Appeals for the Federal Circuit

---

**FORD GLOBAL TECHNOLOGIES, LLC,**
*Plaintiff-Appellee*

v.

**NEW WORLD INTERNATIONAL, INC., AUTO LIGHTHOUSE PLUS, LLC, UNITED COMMERCE CENTERS, INC.,**
*Defendants-Appellants*

---

2019-1746

---

Appeal from the United States District Court for the Northern District of Texas in No. 3:17-cv-03201-N, Judge David C. Godbey.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered June 22, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 11, 2020         /s/ Peter R. Marksteiner
                           Peter R. Marksteiner
                           Clerk of Court