UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FORD GLOBAL TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEW WORLD INTERNATIONAL, INC., AUTO LIGHTHOUSE PLUS, LLC and UNITED COMMERCE CENTERS, INC.,<br><br>    Defendants. | Case No. 3:17-cv-03201-N |

## SATISFACTION OF JUDGMENT



1

1. Ford Global Technologies, LLC is the owner and holder of a Judgment dated April 9, 2019 which was obtained in the below described lawsuit:

> Case No. 3:17-cv-03201-N; *Ford Global Technologies, LLC v. New World International, Inc., Auto Lighthouse Plus, LLC and United Commerce Centers, Inc.*; in the United States District Court, Northern District of Texas, Dallas Division.

2. Ford Global Technologies, LLC hereby acknowledges that the monetary provisions of the Judgment dated April 9, 2019 have been paid and satisfied. The April 9, 2019 Judgment includes other provisions, such as injunctive provisions, that are not released. Great American Insurance Company (GAIC) has fully performed its bonded obligations with respect to the April 9, 2019 Judgment and GAIC is discharged from all liability. The parties acknowledge that Ford Global Technologies, LLC has pending motions for additional attorneys' fees which have not yet been decided by the Court and not subject to this satisfaction.

Date: December 9, 2020

Respectfully submitted,

 /s/  Marc Lorelli
Frank A. Angileri (P45611MI - *Pro Hac Vice*)
Marc Lorelli (P63156MI - *Pro Hac Vice*)
**BROOKS KUSHMAN P.C.**
1000 Town Center, 22nd Floor
Southfield, MI  48075
Telephone: (248) 358-4400 / Fax: (248) 358-3351
Email:    fangileri@brookskushman.com
              mlorelli@brookskushman.com

Clyde M. Siebman (Texas State Bar No. 18341600)
**SIEBMAN, FORREST, BURG & SMITH, LLP**
4949 Hedgcoxe Road, Suite 230
Plano, TX 75024
Telephone:  (214) 387-9100
Email:    clydesiebman@siebman.com



1

        Elvin E. Smith, III
        **LAW OFFICES OF ELVIN E. SMITH III PLLC**
        7914 Bryn Mawr
        Dallas, TX 75225
        (214) 238-3345
        Email:    esmith@eeslaw.com

        *Attorneys for Ford Global Technologies*



**CERTIFICATE OF ELECTRONIC SERVICE**

On December 9, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

**BROOKS KUSHMAN P.C.**

 /s/  Marc Lorelli
Marc Lorelli



3