UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FORD GLOBAL TECHNOLOGIES, LLC, § <br> Plaintiff, § <br> § <br> v. § <br> § Case No.: 3:17-cv-03201-N <br> NEW WORLD INTERNATIONAL, INC., § <br> AUTO LIGHTHOUSE PLUS, LLC and § <br> UNITED COMMERCE CENTERS, INC., § <br> Defendants. § | |

**APPENDIX IN SUPPORT OF DEFENDANTS' SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ADDITIONAL ATTORNEY FEES**

| Appx* | Description |
|---|---|
| | |
| 185 | Testimony of Expert Keith Kaucher |

\*  To reduce confusion, the appendix numbers assigned when the document was filed as a portion of Document 354 have been retained in this appendix filing.

Dated: October 30, 2020

                                                                  Respectfully submitted,

                                                                 /s/ Robert G. Oake, Jr.
                                                                  Robert G. Oake, Jr.
                                                                  OAKE LAW OFFICE, PLLC
                                                                  700 S. Central Expy., Suite 400
                                                                  Allen, TX 75013
                                                                  (214) 207-9066
                                                                  Email:  rgo@oake.com

                                                                  Robert Maris
                                                                  3710 Rawlins Street, Suite 1550
                                                                  Dallas, TX 75219
                                                                  (214) 706-0920
                                                                  Email: RMaris@gpm-law.com

                                                                  Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

On October 30, 2020, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

/s/ Robert G. Oake, Jr.
Robert G. Oake, Jr.
Attorney for DEFENDANTS

Case 3:17-cv-03201-N Document 445 Filed 02/19/21 Page 3 of 5 PageID 26738
Case 3:17-cv-03201-N Document 354 Filed 12/21/18 Page 189 of 724 PageID 20256
146

1  Q.  And you've seen them sketch -- I'm sorry.  Mold surfaces.
2  Right?
3  A.  Yes.
4  Q.  And have you ever seen any clays that were what we've --
5  I know you weren't at trial, but we talked about split clays.
6      Do you know what a split clay is.
7  A.  That's when they put a center line down it, and one side
8  is different than the other to see two different variations of
9  a design on the car.
10 Q.  So like for the Mustang, for example, maybe the left-hand
11 side was going to be the GT version and the right-hand side
12 would be the V6 version?
13 A.  It could be that, or it could be just a different --
14 might be two versions of the GT; they might have two
15 different --
16 Q.  Do you know why they use split clays?
17 A.  It's economics.  It saves time, you know.  You don't have
18 to set up another whole new buck to do -- you know, do a car.
19 You just set up one buck and you basically get essentially two
20 for one.
21 Q.  And why do you get two for one?
22 A.  Because you're using the center line to split it, and so
23 you can look from the passenger side or the driver's side to
24 decide which side you like better.
25 Q.  And automotive designers, those skilled in the art, know

Case 3:17-cv-03201-N Document 445 Filed 02/19/21 Page 4 of 5 PageID 26739
Case 3:17-cv-03201-N Document 354 Filed 12/21/18 Page 150 of 724 PageID 20257
147

```
 1   that the left-hand side is going to be the same as the
 2   right-hand side in the ultimate product?
 3   A.   Right.  Symmetrical, yes.
 4            MR. LORELLI:  Could we put up, please,
 5   Ms. Chevalier, PX 144?  Could we go to the second page?
 6   Q.   (BY MR. LORELLI)  Sir, have you seen this picture before?
 7   A.   No, I haven't.
 8   Q.   Do you know what it generally shows?
 9   A.   It's showing the back end of a Mustang, and it is showing
10   -- in this particular case it looks like it's got a GT license
11   plate, but I would say that one side is a V6 and one side's a
12   GT.
13   Q.   And in automotive design, you know that the -- in the
14   ultimate product, the left-hand side is going to be the same
15   as the right-hand side?
16   A.   That's correct.
17   Q.   They are mirror images of one another?
18   A.   That's correct.
19   Q.   It is the same design.  Correct?
20   A.   Yes.  Not in this case, though.
21   Q.   I'm sorry?
22   A.   Not in this particular case.
23   Q.   I'm sorry.  Right.  This is what designers use to be a
24   shorthand, because they know that ultimately the left-hand
25   side and the right-hand side are the same design.  Correct?
```

Case 3:17-cv-03201-N Document 445 Filed 02/19/21 Page 5 of 5 PageID 26740
Case 3:17-cv-03201-N Document 354 Filed 12/21/18 Page 191 of 724 PageID 20258

148

| | |
|---|---|
| 1 | A. Yes. That's correct. |
| 2 | Q. And about the parts in this case, the same would be true |
| 3 | -- let's talk -- let's take a mirror, for example. The |
| 4 | left-hand side mirror would have the same design as a right |
| 5 | hand side mirror. Right? |
| 6 | A. That's correct. |
| 7 | Q. And the same would be true for fenders. The left-hand |
| 8 | side fender has the same design as a right-hand side fender. |
| 9 | A. That's correct. |
| 10 | Q. The same is true for the taillight. The left-hand side |
| 11 | taillight is the same as right-hand side taillamp. |
| 12 | A. They mirror each other. |
| 13 | Q. I'm missing one. Headlamp. Left-hand side headlamp is |
| 14 | the same design as a right-hand side headlamp. |
| 15 | A. That is correct. |
| 16 | Q. And you understand that as an automotive designer? |
| 17 | A. Yes. |
| 18 | Q. In fact, I've seen a lot of your custom car work. In |
| 19 | fact, often you show an image from one side of the car because |
| 20 | your customer will expect the other side to look the same. |
| 21 | Right? |
| 22 | A. That's correct. |
| 23 | Q. Now, right before I got up here, you said that there's |
| 24 | rules. Did you say that you've got to follow the rules? |
| 25 | A. In regards to the patents? |