UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FORD GLOBAL TECHNOLOGIES, LLC,<br>    Plaintiff,<br><br>v.<br><br>NEW WORLD INTERNATIONAL, INC.,<br>AUTO LIGHTHOUSE PLUS, LLC and<br>UNITED COMMERCE CENTERS, INC.,<br>    Defendants. | §<br>§<br>§<br>§<br>§  Case No.: 3:17-cv-03201-N<br>§<br>§<br>§<br>§<br>§ |

NOTICE OF APPEAL

1. Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Defendants New World International, Inc., Auto Lighthouse Plus, LLC, and United Commerce Centers, Inc., file this Notice of Appeal.

2. The parties taking the appeal are Defendants New World International, Inc., Auto Lighthouse Plus, LLC, and United Commerce Centers, Inc.

3. The Order being appealed is the Order [Doc. 443] denying Defendants' motion to strike and granting Plaintiff attorney fees, signed and entered February 19, 2021.

4. Defendants New World International, Inc., Auto Lighthouse Plus, LLC, and United Commerce Centers, Inc. also give notice of intent to appeal all non-final orders and rulings which produced or are related to the Order specifically referred to in paragraph 3 above.

5. This appeal is taken to the United States Court of Appeals for the Federal Circuit.

Date: March 22, 2021

*****

1

Respectfully submitted,

/s/ Robert G. Oake, Jr.
Robert G. Oake, Jr.
OAKE LAW OFFICE, PLLC
700 S. Central Expy., Suite 400
Allen, TX 75013
(214) 207-9066
Fax: (469) 519-5454
Email:  rgo@oake.com

Robert Maris
3710 Rawlins Street, Suite 1550
Dallas, TX 75219
(214) 706-0920
Email: rmaris@marislanier.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

On March 22, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

/s/ Robert G. Oake, Jr.
Robert G. Oake, Jr.
Attorney for Plaintiffs