NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**FORD GLOBAL TECHNOLOGIES, LLC,**
*Plaintiff-Appellee*

v.

**NEW WORLD INTERNATIONAL, INC., AUTO LIGHTHOUSE PLUS, LLC, UNITED COMMERCE CENTERS, INC.,**
*Defendants-Appellants*

_____

2021-1792

_____

Appeal from the United States District Court for the Northern District of Texas in No. 3:17-cv-03201-N, Judge David C. Godbey.

_____

**O R D E R**

Upon consideration of the appellants' unopposed motion to voluntarily dismiss the above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2　　　　　　Ford Global Technologies, LLC v. New World International, Inc.

(2) Each side shall bear its own costs.

                          FOR THE COURT

April 22, 2021　　　　　　　　/s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court

**ISSUED AS A MANDATE:** April 22, 2021